# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-25-5223-GF-JTJ** |
| **Plaintiff,** | **VIOLATIONS:** <br> **E2029496** <br> **E2029497** <br> **Location Code: M13** |
| **vs.** | |
| **SHALEAN L. FRANKLIN,** | **ORDER TO DISMISS** <br> **VIOLATIONS AND** <br> **VACATE BENCH TRIAL** |
| **Defendant.** | |

Based upon the United States' motion to dismiss violations E2029496 and E2029497 and for good cause shown,

**IT IS ORDERED** that violations E2029496 and E2029497 are **DISMISSED**. **IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED**.

DATED this 8th day of January 2026.

John Johnston
United States Magistrate Judge